**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARCO TULIO HERNANDEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA, ET AL.**<br><br>Defendants. | **CIVIL ACTION**<br><br>**CASE NO.: 18-03694**<br><br>**SECTION: "I" (3)** |

## STATEMENT OF MATERIAL FACTS

The Plaintiff, Marco Hernandez, came to the United States in 2013 in an effort to escape violence in his native country of Honduras. R. Doc. 51 at ¶ 17. When he first entered the United States, he was detained at the border. R. Doc. 51 at ¶ 17. Subsequently, though, he was granted a bond and released from immigration detention. R. Doc. 51 at ¶ 17. The incident with the individually-named defendant ICE officers at issue here, though, occurred on April 6, 2017. R. Doc. 51 at ¶ 18. On that day around 11:30 a.m., Mr. Hernandez voluntarily appeared for his scheduled Intensive Supervision Appearance Program ("ISAP") check-in appointment at 1340 Poydras Street, Suite 700 in New Orleans, Louisiana. R. Doc. 51 at ¶ 18. Upon Mr. Hernandez's arrival, two of the four individually-named defendant ICE officers[1] apprehended Mr. Hernandez.

[1] As stated in a footnote in his second amended complaint (see R. Doc. 51, p.5), Mr. Hernandez did not know the names of the defendant ICE officers at the time of the incident. Defense counsel later released the names of the individual defendant officers to Mr. Hernandez. When Mr. Hernandez requested photos of the officers so that he could associate the names with his memory of each officer. However, through their attorney, the individual defendant officers denied Mr. Hernandez's request.

R. Doc. 51 at ¶ 19. At no point in time did Mr. Hernandez resist the arrest. R. Doc. 51 at ¶ 20. After arresting him, the officers brought Mr. Hernandez to the ICE New Orleans Field Office at 1250 Poydras Street in New Orleans, Louisiana. R. Doc. 51 at ¶ 21. At the field office, Mr. Hernandez was detained in a holding cell. R. Doc. 51 at ¶ 21. A few hours later, at approximately 1:00 p.m., one of the four individually-named defendant officers appeared to transport Mr. Hernandez from the holding cell to the processing station for the purposes of post-arrest processing. R. Doc. 51 at ¶ 22. At the processing station, the defendant ICE officer directed Mr. Hernandez to give his fingerprints and to sign certain documents. R. Doc. 51 at ¶ 24. Mr. Hernandez explained that he would not give his fingerprints or sign any documents without first speaking to his attorney or the attorneys of the Congress of Day Laborers, an organization of which Mr. Hernandez is a member. R. Doc. 51 at ¶ 25. The defendant officer then became physical with Mr. Hernandez, grabbing him in an attempt to force Mr. Hernandez to give his signature and fingerprints. R. Doc. 51 at ¶ 26. Mr. Hernandez did not become hostile with the defendant officer; instead, he continued to state that he would not submit to the processing requests without first speaking with his representative. R. Doc. 51 at ¶ 26. Shortly after Mr. Hernandez first refused the processing request, two other defendant officers entered the post-arrest processing area. R. Doc. 51 at ¶ 28. Almost as soon as the other two officers arrived, the three officers became extremely physical with Mr. Hernandez. All in response to Mr. Hernandez's refusal to give his fingerprint and signature, the officers threw Mr. Hernandez to the ground, restrained his arms and legs, and began beating him. R. Doc. 51 at ¶ 29. While he was on the ground being kicked and beaten by three of the officers, the fourth defendant officer came upon the scene and joined his three fellow officers in inflicting physical force upon a completely restrained Mr. Hernandez. R. Doc. 51 at ¶ 30. The four defendant officers stood on Mr. Hernandez's body, face, arms and legs while they kicked and beat him continuously. R. Doc. 51 at ¶ 31-32. The beating went on for approximately

five minutes. R. Doc. 51 at ¶ 32. Multiple other detainees witnessed the incident; the individuals were later identified in Mr. Hernandez's administrative FTCA claim.

In response to the brutality inflicted upon him by the four individual defendant officers, Mr. Hernandez acquiesced to the demands, giving his fingerprints and signature to avoid another beating. R. Doc. 51 at ¶ 33. Mr. Hernandez sustained injuries to his spine, back, and arm as a result of the excessive force inflicted upon him by the individually-named defendants. R. Doc. 51 at ¶ 33. He continues to experience pain as a result of the injuries. R. Doc. 51 at ¶ 33. He sought treatment for these injuries at Pine Prairie Detention Center shortly after the beating on April 6, 2017. R. Doc. 51 at ¶ 34. At Pine Prairie, he was evaluated by medical staff and treated for his injuries. R. Doc. 51 at ¶ 35. Mr. Hernandez does not have access to the medical examinations conducted and treatment plans ordered by the Pine Prairie medical staff, and such evidence can only be obtained through discovery.

The parties involved in the present suit dispute the facts. See R. Doc. 52-1. However, Mr. Hernandez does not request that the Court resolve the factual dispute in his favor. Instead, he requests that the Court deny the individually-named defendants' motion to dismiss, as Mr. Hernandez has alleged sufficient facts to survive such a motion. Additionally, such a factual dispute can be resolved only through discovery. Mr. Hernandez respectfully asks the Court to deny the defendants' motion to dismiss, or in the alternative, deny the defendants' motion for summary judgment.

RESPECTFULLY SUBMITTED,

/s/ Paul H. Scott
**PAUL H. SCOTT**
The Scott Law Firm, LLC
10636 Linkwood Court
Baton Rouge, Louisiana 70810
Phone: 225-400-9976
Fax: 888-606-0123
Email: paul@pwscottlaw.com
LSBA# 31961

## CERTIFICATE OF SERVICE

I hereby certify that the above STATEMENT OF MATERIAL FACTS was on this day electronically filed with the Clerk of Court using the Court's CM/ECF system on this 2ND day of APRIL 2019. Notice of this filing will be sent to all parties by operation of the electronic filing system.

/s/ Paul H. Scott
**PAUL H. SCOTT**
The Scott Law Firm, LLC